UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BIANCA SANCHEZ CABALLERO,<br><br>            Defendant. | 2:14-CR-00192-GMN-PAL<br><br>**ORDER FOR RESIDENTIAL RE-ENTRY CENTER** |

Defendant, Bianca Sanchez Caballero, having appeared in Court on July 22, 2014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant shall reside at the Residential Re-entry Center for a period of up to thirty (30) days as approved and directed by the probation officer.

**IT IS FURTHER ORDERED** that Defendant shall reside with Ms. Maria Gonzalez until bed space is available at the Las Vegas Residential Re-entry Center.

**IT IS SO ORDERED.**

_____

Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  07/25/2014**